

Marina Sideris

# Request for immediate medical furlough

**Beal, Ben** <​>                                                                                   Thu, May 7, 2020 at 9:15 AM
To: Marina Sideris <marinalindsay@gmail.com>
Cc: "Magnusson, Matthew A" <​>, "Liberty, Randall" <​>

Good morning,

The initial review was completed by Wellpath and reviewed by the DOC Health Services Coordinator, to determine who was at greater risk for COVID19. That initial list then was reviewed against the criteria for SCCP.  The review then was then completed for those clients that were eligible for SCCP.  Your client was not reviewed in detail as he is serving ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, criteria for SCCP is that a client must have completed half their sentence as well of have less than 18 months remaining.  There is many other criteria to this program, yet the initial criteria is based off sentence time, time served, and time remaining.

I have had our DOC Health Services Coordinator review your client in detail. ▮▮▮▮▮▮ was assessed on 5-4-2020 by the Wellpath physician for an annual exam and chronic care diagnoses of diabetes and hypertension. He is medically stable overall. His A1C is less than 6, his only physical activity limitation is a bottom bunk. He is compliant with medications, diet and exercise. He does have seasonal allergies. He is not recommended for medical SCCP at this time.

As Wellpath is the medical provider they are the primary care provider for all clients within the DOC.  Wellpath reviews their patients frequently and compiles data for our department when requested.  Using the CDC guidelines for COVID19 on preexisting conditions and risks associated with such conditions Wellpath delivered a report to DOC that encompassed 925 clients.  The DOC then used this report to review against SCCP criteria.

As of today there are no clients within the DOC that have tested positive for COVID19.  Information on this data is updated daily on our DOC's COVID19 Dashboard it can be found at www.maine.gov/corrections.

Thank you,

Benjamin Beal, Director of Classification

Maine Department of Corrections

**From:** Marina Sideris [mailto:████████████]
**Sent:** Wednesday, May 06, 2020 3:12 PM
**To:** Beal, Ben <████████████████>
**Cc:** Magnusson, Matthew A <████████████████████████████>; Liberty, Randall <████████████████████>
**Subject:** Re: Request for immediate medical furlough

**EXTERNAL: This email originated from outside of the State of Maine Mail System. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Good afternoon,

I am writing to update you that ████████ signed a release of information form yesterday, so you now have one on file.

In your initial email, you wrote that the Department had reviewed all clients that are considered to be high risk for complications from COVID-19, and had worked in conjunction with Wellpath to determine what clients needed further review. I am not exactly clear on how this squares with your later statement that ████████ had not been reviewed in detail due to not being eligible for SCCP. Can you please clarify whether you will be providing additional information (as I requested in my email Monday morning) explaining the criteria and process for DOC/Wellpath's medical review of high-risk individuals?

Also, in regard to our request for reasonable accommodation, are you the person who would typically respond to such a request, or is there another designated individual within the department?

Finally, ████████ is hearing that there may be a positive COVID-19 case in ████████ and spoke this morning with a man who was just transferred from ████████ (where ████████ lives) and who told ████████ that he (the transferee) will be getting tested for COVID19 due to a positive case in ████████ Can you please confirm or deny the accuracy of this information?

Thank you,

Marina Sideris

On Mon, May 4, 2020 at 1:31 PM Beal, Ben <████████████████> wrote:

> Good afternoon,
>
> During our Health Services Administrator's review of your clients medical history our HSA noticed there is not an active release of information for your office from our client. Until an ROI is updated we cannot release his medical information to your office.

Thank you,

Benjamin Beal, Director of Classification

Maine Department of Corrections

---

**From:** Marina Sideris [mailto:███████████]
**Sent:** Monday, May 04, 2020 12:15 PM
**To:** Beal, Ben <███████████>
**Cc:** Magnusson, Matthew A <███████████>; Liberty, Randall <███████████>
**Subject:** Re: Request for immediate medical furlough

**EXTERNAL: This email originated from outside of the State of Maine Mail System. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Our initial email and letter incorporated two things: an application for medical furlough (which was attached using the department's form), and a request for reasonable accommodation under the ADA (contained within my letter).

On Mon, May 4, 2020 at 11:55 AM Beal, Ben <███████████> wrote:

> Ms. Sideris,
>
> Currently the Maine Department of Corrections is only utilizing the SCCP program for transitioning clients to the community. A review of your client's medical history has not been completed in detail as he is not eligible for the program which the Maine Department of Corrections is utilizing.
>
> ███████ name was part of our initial medial review which encompassed 924 other clients who also have underlying medical conditions, this list was then reviewed against SCCP eligibility requirements.
>
> I will use this email as a request to appeal the SCCP denial, although your client has never submitted an application for SCCP through the facility. Shall I consider your previous email as his request for the SCCP program?
>
> Thank you,
>
> Benjamin Beal, Director of Classification
>
> Maine Department of Corrections

**EXTERNAL: This email originated from outside of the State of Maine Mail System. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Director Beal,

Thank you for you prompt reply. At this point, we would ask that you provide further information regarding the medical review that was conducted to evaluate whether individuals are at high risk for complications of COVID-19. Specifically, please provide a written statement of the criteria and process for these evaluations, as well as documentation of the evaluation that was done in ▮▮▮▮▮▮▮▮ case. It is concerning that the scope of that review may have been limited by the parameters of the SCCP program, as eligibility for SCCP is completely irrelevant to whether or not an individual has risk factors for serious illness, or death, from COVID-19.

Your reply did not directly respond to our request for reasonable accommodation in light of the disabilities that place ▮▮▮▮▮▮▮▮ at higher risk of serious illness from COVID-19, nor have you explained why the medical furlough program could not be modified for use in the present context. Title II of the Americans with Disabilities Act requires more than a mere statement that you have not previously used the medical furlough program in this way.

We are familiar with the information related to COVID-19 posted on the Department's website. Notably, as of this writing, the dashboard has not been updated since April 28.

Finally - treating your email as a denial of ▮▮▮▮▮▮▮▮ application for medical furlough, please consider this email your notice of ▮▮▮▮▮▮▮▮ appeal of that denial. Please let me know right away if you require anything further in order to timely lodge ▮▮▮▮▮▮▮▮ appeal.

As to the above requests for further information, we reiterate that time is of the essence and respectfully request your prompt reply within one week, by next Monday, May 11.

Sincerely,

Marina Sideris

Attorney for ▮▮▮▮▮▮▮▮

On Thu, Apr 30, 2020 at 8:00 AM Beal, Ben <▮▮▮▮▮▮▮▮> wrote:

> Attorney Sideris,
>
> The Maine Department of Corrections has reviewed all clients that are considered the high risk for complications for COVID19. The department worked in conjunction with our medical partner (Wellpath) to determine what clients needed a further review due to medical concerns. Part of this review includes the

clients ability to participate in Supervised Community Confinement Program (SCCP). Currently the client that you are representing received a straight 10 year sentence, has an intake date of 4-24-19 and a current release date of 12-16-27, given these dates and his approximate six and one half years (6 1/2) remaining he is not currently eligible for this program.

The department is not utilizing the medical furlough to release clients during the COVID19 pandemic. This medical furlough program is used by the department to transition clients into medical programs when current medical conditions are not able to be attained while they are incarcerated.

Further information about the releases of clients and our department's efforts during COVID19 can be found at www.maine.gov/corrections follow the COVID19 dashboard link. This information is updated daily.

Thank you,

Benjamin Beal, Director of Classification

Maine Department of Corrections

---

**From:** Marina Sideris [mailto:▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇]
**Sent:** Wednesday, April 29, 2020 2:31 PM
**To:** Magnusson, Matthew A <▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇>
**Cc:** Beal, Ben <▇▇▇▇▇▇▇▇▇▇▇▇▇>; Liberty, Randall <▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇>; Marina Sideris <▇▇▇▇▇▇▇▇▇▇▇▇▇>
**Subject:** Request for immediate medical furlough

**EXTERNAL: This email originated from outside of the State of Maine Mail System. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Good afternoon, Warden Magnusson,

Please see attached application for medical furlough and related reasonable accommodation request on behalf of my client, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

If necessary, kindly forward the attached, without delay, to the official(s) designated to handle and respond to such requests.

We look forward to hearing from you.

Sincerely,

Marina Sideris

Attorney for ▇▇▇▇▇▇▇▇

Gmail - Request for immediate medical furlough
Case 1:20-cv-00175-JAW Document 1-8 Filed 05/15/20 Page 6 of 6 PageID #: 129
5/13/20, 9:50 AM

--

# Marina L. Sideris

Attorney at Law

P.O. Box 382

Camden, Maine 04843

--

"Walls turned sideways are bridges."
- AYD

--

"Walls turned sideways are bridges."
- AYD

--

"Walls turned sideways are bridges."
- AYD