UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JOSEPH A. DENBOW and SEAN R. RAGSDALE, *on their own and on behalf of a class of similarly situated persons*,<br><br>*Petitioners*,<br>v.<br><br>RANDALL A. LIBERTY, Commissioner of Maine Department of Corrections *in his official capacity*, MAINE DEPARTMENT OF CORRECTIONS,<br><br>*Respondents* | Case No. 20-cv-175-JAW |

# DECLARATION OF ARTHUR GRAY

I, Arthur Gray, am over the age of 18 and fully competent to make the following declaration:

1. I am currently incarcerated in the Maine Department of Corrections (DOC), Maine State Prison. My DOC number is 75620. I am 29 years old and am diagnosed with asthma that I understand places me at higher risk for severe illness or death from COVID-19.

2. I am incarcerated for unlawful furnishing of scheduled drugs, with a four year sentence with all but twelve months suspended and two years of probation. My earliest release date is August 5, 2020. Even once I am released, I will remain supervised by the DOC during two years of probation.

3. My release plan is to go live with my mother, who is medically vulnerable herself. I am scared that I could get sick or die in prison before my release date, or that I could be released after getting infected with COVID-19 and expose my mother to the virus.

**Medical Conditions and History**

4. I am 29 years old and suffer from asthma. Although my asthma is currently well-managed, it usually flares up when I get a virus. Years ago, I needed hospital care when I got sick and was unable to breathe. I am afraid that, if I catch COVID-19, I will be unable to breathe and could get very sick or even die.

5. I also have chronic bronchitis, which means that once or twice a year I get a flare up of symptoms like severe cough and shortness of breath and loss of voice from coughing so much.

6. I have opioid use disorder. I am now in recovery and am on the medication assisted treatment ("MAT") program in prison.

**Home Confinement**

7. My mother has reached out multiple times to ask for me to be released on home confinement to physically distance at home. The Classification Director Benjamin Beal told her that there was no chance that I would get released because I am classified as "close."

8. Since being in prison, I have gotten only one disciplinary write-up for tattooing.

**Conditions in the Prison**

9. It is impossible to socially distance at Maine State Prison. I am afraid that the more-than-eighty people who I have close contact with each day could be carrying or spreading the virus.

10. I share a dorm, common area, phones, commissary, and showers, with approximately eighty other inmates. There are seven shower stalls in the entire dorm, shared among all eighty people.

11. I have no idea whether other prisoners or staff could have the virus, and, for most people, I do not think that DOC knows either. Nobody in my dorm has been tested, as far as I know. As to prison staff, DOC does not provide us with information about testing. Some guards have stayed home lately, and I do not know whether the officers are staying home because they have symptoms of the disease. I saw news reports that an officer at Bolduc Facility tested positive, but I do not know whether any of the officers at Maine State Prison have tested positive.

12. I have read that COVID-19 can live on surfaces for days and I am afraid that the virus could be living on surfaces throughout the dorm (including in the shared shower areas). The dorm is cleaned once a day and the door handles on our cells are sprayed three times a day. The shower area is only required to be cleaned once a week. We do not have any bleach or bleach-based materials to clean. Instead, DOC provides a "neutral" cleaner that is safe to drink. There has not been any change in the cleaning materials since we learned about COVID-19.

13. We have access to soap to clean our hands, but there is no hand sanitizer in the dorm. There is hand sanitizer at the meal hall. We have asked whether that hand sanitizer has alcohol in it, but nobody will give us a direct answer.

14. All prison staff and prisoners now have access to masks, but officers do not wear masks all the time, including when they are supposed to. Prisoners do not have to wear their masks in the pod, which has 80 people in it, and nobody does. The masks that are provided to prisoners look like they are made of the same material as our boxer shorts.

15. Even though I try to stay away from other people as much as possible, there are many times each day when I cannot avoid close contact with other people.

    a. When traveling in the facility to go to the meal hall or to get medical care, we travel crowded together, all bunched up.

    b. Three times a day, I go with my entire dorm (eighty people) to the meal hall, where we have to stand in line for our trays, crowded together elbow to elbow. We are all bunched up and cannot physically distance. Then we have to bring our

      trays back to the dorm, where there are not enough tables so people sit closer than six feet while they are eating meals. Nobody wears masks while we are eating. When I arrive at the meal hall, I often see another dorm leaving out the other door. I never see anyone cleaning the meal hall in between dorms.

   c. In the morning, I receive my medication through the MAT program, where it is also impossible to distance. During this process, I am locked in a small space with six other prisoners, two to three officers, and a nurse. The prisoners are seated so close that we are bumping elbows. None of us can wear masks. Officers get really close as we have to lift our tongues, show our lips and the insides of our mouth several times throughout the process. The officers are wearing cloth masks, but they have to get so close that they are almost breathing into my mouth.

   d. At medication line at the end of the day, the nurse is in a bubble and often does not wear a mask when handing us our medication. After we get our medication, we have to show our tongue to another officer. We wear masks in line, but can't wear masks while we're taking the medication.

   e. The phone area is in the dorm and eighty prisoners share the phones. The phone area is cleaned only once a day, if that.

16. I am afraid that even if other prisoners get sick, they will try to hide it (and infect the rest of us) because they're afraid of getting quarantined. A few weeks ago, someone in my dorm had a cough and other symptoms but refused to self-report to officers because he did not want to go to segregation or quarantine.

17. DOC continues to transfer people between dorms. The day before yesterday, someone was transferred from a medium dorm to a close custody dorm. He was not quarantined for any period of time.

18. DOC tries to keep us limited to our dorms, but I am still worried that the staff could quickly spread the disease between the dorms. Officers from many different dorms congregate together (often without masks) and then travel to and from the dorms all around the facility. Not to mention that the staff travel to and from the community every day.

   a. Officers from the "Special Operations Group" go from dorm to dorm multiple times a day. If one of them was carrying the virus, they could spread it through the entire facility.

   b. Officers are not consistently assigned to one dorm, but can circulate through multiple different dorms through the week. If one officer was infected, they could spread it to multiple different dorms that way.

   c. Officers search our cells two or three times a week. They close the door as they search, so we do not know whether or not they are wearing masks. They do not change their gloves between searches.

19. I have provided authority to use my electronic signature.

20. I declare under penalty of perjury that the foregoing is true and correct.

3

Dated May 23, 2020

/s/ Arthur Gray

Arthur Gray