**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| JOSEPH A. DENBOW and SEAN R. RAGSDALE, *on their own and on behalf of a class of similarly situated persons*, | |
| *Petitioners*, | Case No. 20-cv-00175-JAW |
| v. | **JOINT NOTICE REGARDING PETITIONER RAGSDALE** |
| MAINE DEPARTMENT OF CORRECTIONS and RANDALL A. LIBERTY, Commissioner of Maine Department of Corrections *in his official capacity*, | |
| *Respondents* | |

Petitioners, Joseph Denbow and Sean Ragsdale, and Respondents, Maine Department of Corrections and Commissioner Randall Liberty, hereby provide the Court with notice that Mr. Ragsdale was released at the expiration of his term of incarceration on Friday, July 17, 2020. Mr. Ragsdale is now subject to probation for three years, as part of his sentence. This information is publicly available at the MDOC prisoner/probationer search page, available at

https://www1.maine.gov/cgi-bin/online/mdoc/search-and-deposit/results.pl (last visited July 21, 2020).

1

Dated: July 21, 2020

Respectfully Submitted,

/s/ Emma E. Bond
Emma E. Bond, Esq.
Zachary L. Heiden, Eq.
American Civil Liberties Union of Maine Foundation
P.O. Box 7860
Portland, Maine 04112
(207) 619-8687
*ebond@aclumaine.org*
(207) 619-6224
*heiden@aclumaine.org*

Moe Keshavarzi*
Robert Sturgeon*
Alex Kuljis*
Sheppard Mullin Richter & Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
213.617.5544
*MKeshavarzi@sheppardmullin.com*
213-617-5435
*RSturgeon@sheppardmullin.com*
213-617-4239
*AKuljis@sheppardmullin.com*

Jodi Nofsinger
Miriam Johnson
Taylor Asen
Berman and Simmons
129 Lisbon Street
Lewiston, Maine 04240
*jnofsinger@bermansimmons.com*
(207) 784-7699
*mjohnson@bermansimmons.com*
(207) 784-3576
*tasen@bermansimmons.com*

**Attorneys for Petitioners and Proposed Class**

* admitted pro hac vice

2

AARON M. FREY
Attorney General

July 21, 2020                    /s/ Jillian R. O'Brien
                                 Jillian R. O'Brien, Bar No. 6225
                                 Assistant Attorney General
                                 jill.obrien@maine.gov
                                 Alisa Ross, Bar No. 4688
                                 Assistant Attorney General
                                 alisa.ross@maine.gov
                                 Jonathan R. Bolton, Bar No. 4597
                                 jonathan.bolton@maine.gov
                                 Office of the Attorney General
                                 6 State House Station
                                 Augusta, ME  04333-0006
                                 Tel. (207) 626-8800

                                 **Attorneys for Respondents**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 21, 2020, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered counsel of record.

July 21, 2020

/s/ Jillian R. O'Brien
Jillian R. O'Brien, Bar No. 6225
Assistant Attorney General
*jill.obrien@maine.gov*

4