UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JOSEPH A. DENBOW and SEAN R. RAGSDALE, *on their own and on behalf of a class of similarly situated persons*,<br><br>*Petitioners*,<br><br>v.<br><br>MAINE DEPARTMENT OF CORRECTIONS and RANDALL A. LIBERTY, Commissioner of Maine Department of Corrections *in his official capacity*,<br><br>*Respondents* | Case No. 20-cv-00175-JAW<br><br>**ASSENTED-TO MOTION TO AMEND SCHEDULING ORDER** |

Respondents Maine Department of Corrections ("MDOC") and Randall Liberty move the Court to amend the scheduling order in this case (ECF NO. 29, as modified by ECF No. 48), to permit an additional seven days for the parties to file pre-hearing memoranda, such that pre-hearing memoranda would be due on August 14, 2020. Petitioners consent to this seven-day extension.

There is good cause to amend the scheduling order by seven days. Respondents request this extension in order to negotiate a large number of potential stipulations that the parties have already exchanged in an attempt to narrow the issues at the hearing and to complete the pre-hearing memoranda.

According to the Court's original scheduling order (ECF No. 29), the Court will then hold a pre-hearing conference the following week (which would be the week of August 17). The Court's scheduling order then anticipates an evidentiary hearing to be held two weeks after the conference, at times mutually convenient to the parties and the Court. Given the requested extension, the pre-hearing conference would be the week of August 17, at which time the parties can set a date to begin the evidentiary hearing.

1

## CONCLUSION

For these reasons, with consent of Petitioners, Respondents respectfully request that the Court amend the scheduling order by extending the deadline for submitting pre-hearing memoranda by seven days, to August 14, 2020.

Dated: August 6, 2020

Respectfully Submitted,

AARON M. FREY
Attorney General

/s/ Jillian R. O'Brien
Jillian R. O'Brien, Bar No. 6225
Assistant Attorney General
*jill.obrien@maine.gov*
Alisa Ross, Bar No. 4688
Assistant Attorney General
alisa.ross@maine.gov
Jonathan R. Bolton, Bar No. 4597
jonathan.bolton@maine.gov
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
Tel. (207) 626-8800

**Attorneys for Respondents**

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2020, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered counsel of record.

August 6, 2020

/s/ Jillian R. O'Brien
Jillian R. O'Brien, Bar No. 6225
Assistant Attorney General
*jill.obrien@maine.gov*