UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JOSEPH A. DENBOW and SEAN R. RAGSDALE, *on their own and on behalf of a class of similarly situated persons*,<br><br>                      *Petitioners*,<br>   v.<br><br>MAINE DEPARTMENT OF CORRECTIONS, *et al*.,<br><br>                      *Respondents*. | Case No. 20-cv-00175-JAW<br><br>**NOTICE REGARDING THE STATUS OF MR. DENBOW'S STATE COURT POST-CONVICTION REVIEW** |

      Pursuant to the Court's August 6, 2020 Order, Petitioners, Joseph Denbow, *et al.*, provide this notice regarding the status of Mr. Denbow's post-conviction review in state court. Order, ECF No. 51 (Aug. 6, 2020). In an order dated August 6, 2020, the Court stated that "it appears the appeal deadline for Mr. Denbow's state post-conviction review petition was Tuesday, August 4, 2020," and that "[i]n order to properly evaluate Respondents' arguments about Younger abstention, the Court ORDERS Petitioners to inform the Court whether they did pursue an appeal by end of day Thursday, August 6, 2020." *Id.*

      Petitioners respond that Mr. Denbow did not pursue an appeal of the state court's dismissal of his post-conviction review action. No notice of appeal has been filed in *Denbow v. State*, Docket No. CR-2020-226 (Oxford County Unified Criminal Docket).

| | |
|---|---|
| Dated August 6, 2020 | Respectfully Submitted,<br><br>/s/ Emma E. Bond<br>Emma E. Bond<br>Zachary L. Heiden<br>American Civil Liberties Union of Maine Foundation<br>P.O. Box 7860<br>Portland, Maine 04112<br>(207) 619-8687<br>*ebond@aclumaine.org*<br>(207) 619-6224<br>*heiden@aclumaine.org*<br><br>Moe Keshavarzi\*<br>Robert Sturgeon\*<br>Alex Kuljis\*<br>Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071-1422<br>213.617.5544<br>*MKeshavarzi@sheppardmullin.com*<br>213-617-5435<br>*RSturgeon@sheppardmullin.com*<br>213-617-4239<br>*AKuljis@sheppardmullin.com*<br><br>Jodi Nofsinger<br>Miriam Johnson<br>Taylor Asen<br>Berman and Simmons<br>129 Lisbon Street<br>Lewiston, Maine 04240<br>*jnofsinger@bermansimmons.com*<br>(207) 784-7699<br>*mjohnson@bermansimmons.com*<br>(207) 784-3576<br>*tasen@bermansimmons.com*<br><br>Attorneys for Petitioners and Proposed Class<br><br>\* admitted pro hac vice |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that she has electronically filed this date the foregoing NOTICE REGARDING THE STATUS OF MR. DENBOW'S STATE COURT POST-CONVICTION REVIEW with the Clerk of the Court using the CM/ECF system. This filing is available for viewing and downloading from the ECF system.

| | |
|---|---|
| Dated:  August 6, 2020 | /s/ Emma E. Bond<br>Emma E. Bond<br>American Civil Liberties Union of Maine Foundation<br>P.O. Box 7860<br>Portland, Maine 04112<br>(207) 619-8687<br>*ebond@aclumaine.org*<br><br>Counsel for Petitioners |